UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IVAN O. MARTINEZ GARCIA,

        Petitioner,

v.                                          Case No: 6:21-cv-42-Orl-18LRH

SECRETARY, DEPARTMENT OF
CORRECTIONS, and ATTORNEY
GENERAL, STATE OF FLORIDA,

        Respondents.
_____/

## ORDER

       This cause is before the Court on a one-page letter construed by the Clerk of Court as a Petition for Writ of Habeas Corpus (Doc. 1). Petitioner is incarcerated at the Osceola County Jail and is proceeding *pro se*. Petitioner did not pay the required filing fee or submit an Affidavit of Indigency or other application to proceed *in forma pauperis*, as required by Local Rule 1.03(e).

       The Petition is somewhat unclear, but it appears that Petitioner is seeking habeas corpus relief. Petitioner is seeking state gain time. (Doc. 1 at 1). However, the Petition is not written on the form required for use by *pro se* litigants, and Petitioner has not identified the basis of the Court's jurisdiction over the matter. Additionally, the Petition fails to contain much of the information required in habeas petition. For example, the Respondents are unclear, the claims are vague and conclusory, and the historical information concerning Petitioner's underlying state criminal proceedings has not been

adequately provided. As a result, this case will be dismissed without prejudice to give Petitioner the opportunity to properly file a petition for writ of habeas corpus and to either pay the full filing fee or file an affidavit of indigency.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court is directed to enter judgment and close this case.

3. The Clerk of Court shall send to Petitioner the standard section 2254 and 2241 habeas corpus forms and the form for to proceed *in forma pauperis*. If Petitioner chooses to file a habeas petition, he must submit a fully completed petition on the standard form. Additionally, if Petitioner wishes to proceed *in forma pauperis*, he must submit a fully completed affidavit of indigency form. Petitioner should not place this case number on the form. The Clerk of Court will assign a separate case number.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party
OrlP-3 1/28